**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02445-LTB-MJW

GREENWICH INSURANCE COMPANY,

       Plaintiff,

v.

THE DANIEL LAW FIRM, a Colorado Limited Liability Company;
ROYAL DANIEL III;
BELL REAL ESTATE, LLC, a Colorado Limited Liability Company;
LEVEL 1, LLC, a Colorado Limited Liability Company;
GALOYA FOUTA, INC., a Colorado corporation;
DJIBRILL DIALLO;
MARK NEWKIRK;
SUSAN NEWKIRK;
RICHARD YANKOWSKI, and
JANEEN YANKOWSKI,

       Defendants.

_____

**ORDER FOR SUBSTITUTED SERVICE**
_____

This matter came before the Court upon Plaintiff Greenwich Insurance Company's Motion for Substituted Service (Doc 2). The Court, having considered the Motion, the file in this matter, and being otherwise advised in the premises, finds good cause for granting said Motion.

THE COURT FINDS specifically as follows:

1

1. Personal service cannot be obtained on Defendants Royal Daniel and The Daniel Law Firm, L.L.C. ("Law Firm"), because Royal Daniel ("Daniel") is the sole registered agent, member, manager, person having and ownership or similar interest in, director, agent, and principal employee of The Daniel Law Firm, and because Daniel's whereabouts are unknown and Daniel cannot be located.

2. Plaintiff Greenwich wishes to deliver service of process to Royal Justin Daniel, as the son of Daniel, and to Kent B. Willis, Esq., as inventory counsel appointed for Royal Daniel and The Daniel Law Firm.

3. The law known address of the Law Firm is 130 Ski Hill Road, Suite 210, P.O. Box 567, Breckenridge, CO 80424, and the law known address of Daniel is 205 High Street, P.O. Box 6612, Breckenridge, CO 80424.

4. The Court is satisfied that due diligence has been used to attempt personal service and that further attempts to obtain service would be to no avail.

5. Delivery of service of process to Royal Justin Daniel and Kent B. Willis, Esq., is appropriate under the circumstances, and is reasonably calculated to give actual notice to the party upon whom service is to be effective.

NOW THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 4(f) and Fed. R. Civ. P. 4(e)(1), Royal Justin Daniel and Kent B. Willis, Esq., are deemed appropriate persons for service of process on Royal Daniel and The Daniel Law Firm, L.L.C., and delivery of the Complaint, Summons, and Civil Cover Sheet, along with a copy of this Order shall be made to said persons.

IT IS FURTHER ORDERED THAT Plaintiff Greenwich shall mail service to Royal Justin Daniel, at 367 Cortines Road, Nacogdoches, TX 75964, and to Kent B. Willis, at 322A No. Main Street, P.O. Box 1639, Breckenridge, CO 80424, and that service shall be complete on the date of delivery to said persons.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   January 9, 2008