**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-02445-LTB-MJW

GREENWICH INSURANCE COMPANY,

       Plaintiff,

v.

THE DANIEL LAW FIRM, a Colorado Limited Liability Company;
ROYAL DANIEL III;
BELL REAL ESTATE, LLC, a Colorado Limited Liability Company;
LEVEL 1, LLC, a Colorado Limited Liability Company;
GALOYA FOUTA, INC., a Colorado corporation;
DJIBRILL DIALLO;
MARK NEWKIRK;
SUSAN NEWKIRK;
RICHARD YANKOWSKI, and
JANEEN YANKOWSKI,

       Defendants.

_____

**ORDER FOR SUBSTITUTED SERVICE**
_____

This matter came before the Court upon Plaintiff Greenwich Insurance Company's Motion for Substituted Service. The Court, having considered the Motion, the file in this matter, and being otherwise advised in the premises, finds good cause for granting said Motion.

THE COURT FINDS specifically as follows:

1.    Personal service cannot be obtained on Defendant Djibrill Diallo ("Diallo"), because Diallo's whereabouts are unknown and he cannot be located.

1

2. Diallo cannot be served at his last known address of 1291 Adams Ave., Suite 3J, P.O. Box 23102, Silverthorne, CO 80498.

3. Plaintiff Greenwich wishes to deliver service of process to Diallo's prior counsel, Kent B. Willis, Esq.

4. The Court is satisfied that due diligence has been used to attempt personal service on Diallo and that further attempts to obtain service would be to no avail.

5. Delivery of service of process to Kent B. Willis, Esq., is appropriate under the circumstances, and is reasonably calculated to give actual notice to the party upon whom service is to be effective.

NOW THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 4(e)(1), Kent B. Willis, Esq., is deemed an appropriate person for service of process on Djibrill Diallo, and delivery of the Complaint, Summons and Civil Cover Sheet, along with a copy of this Order, shall be made to said person.

IT IS FURTHER ORDERED THAT Plaintiff Greenwich shall mail service to Kent B. Willis, Esq., at 322A N. Main Street, P.O. Box 1639, Breckenridge, CO 80424, and that service upon Djibrill Diallo shall be complete on the date of delivery to said person.

Dated this   13th   day of February, 2008.

                                    BY THE COURT:

                                      s/Lewis T. Babcock  
                                    Lewis T. Babcock, Judge