IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02445-LTB-MJW

GREENWICH INSURANCE COMPANY,

    Plaintiff,

vs.

THE DANIEL LAW FIRM, a Colorado Limited Liability Company; ROYAL DANIEL III; BELL REAL ESTATE, LLC, a Colorado Limited Liability Company; LEVEL 1, LLC, a Colorado Limited Liability Company; GALOYA FOUTA, INC., a Colorado Corporation; DJIBRILL DIALLO; MARK and SUSAN NEWKIRK; RICHARD and JANEEN YANKOWSKI.

    Defendants.

---

### ORDER TO MODIFY SCHEDULING ORDER TO EXTEND MEDITATION DEADLINE (Docket No. 42)

---

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order to Extend Mediation Deadline filed by Plaintiff and Counterclaim Defendant Greenwich Insurance Company, and Defendants and Counterclaim Plaintiffs Bell Real Estate, LLC, Level 1, LLC, and Mark and Susan Newkirk, and the Court having reviewed the same and for good cause shown, hereby [subject motion (Docket No. 42) is Granted And the]

ORDERS that the Scheduling Order shall be modified as follows: (1) the settlement conference set for July 31, 2008, is hereby VACATED; (2) there shall be a settlement conference at [1:30 pm] ~~9:00 a.~~m. on October 14, 2008, and the parties shall submit confidential settlement statements on or before October 7, 2008.

~~All other provisions of the Scheduling Order shall remain unchanged.~~

BY THE COURT:

_____
United States Magistrate Judge

DATED July 24, 2008

Approved as to Form:

_____
Tory D. Riter, Esq.
of Baldwin & Carpenter, P.C.
1512 Larimer Street, Suite 450
Denver, Colorado 80202
(303) 623-1832
triter@baldwin-carpenter.com

Attorneys for Plaintiff Greenwich
Insurance Company

_____
Mark D. Thompson, Esq.
West, Brown, Huntley & Thompson, P.C.
100 S. Ridge St., Suite 204
P.O. Box 588
Breckenridge, CO 80424
970-453-2901
Mthompson@bhtlaw.com

Attorneys for Defendants Bell
Real Estate, LLC, Level 1, LLC
And Mark and Susan Newkirk