IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| GREENWICH INSURANCE COMPANY, Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. |
| | ) | 07-cv-02445-LTB-MJW |
| THE DANIEL LAW FIRM, a Colorado Limited | ) | |
| Liability Company; ROYAL DANIEL III; | ) | |
| BELL REAL ESTATE, LLC, a Colorado Limited | ) | |
| Liability Company; LEVEL 1, LLC, a Colorado | ) | |
| Limited Liability Company; GALOYA FOUTA, INC., | ) | |
| a Colorado Corporation; DJIBRILL DIALLO; MARK | ) | |
| and SUSAN NEWKIRK; RICHARD and JANEEN | ) | |
| YANKOWSKI, Defendants. | ) | |

## ORDER RE: JOINT MOTION FOR AMENDMENTS TO SCHEDULING ORDER
( Docket no. 46 )

THIS MATTER is before the Court on Plaintiff Greenwich Insurance Company and

Defendants Bell Real Estate, LLC, Level 1 LLC, and Mark and Susan Newkirk's Joint Motion

for Amendments to Scheduling Order. The Court, having reviewed the Joint Motion, the file,

and being otherwise advised of the pertinent law, hereby GRANTS the Motion. Plaintiff

Greenwich Insurance Company and Defendants will have the following deadlines in this matter:

| | |
|---|---|
| Designation of Affirmative Experts: | January 14, 2009 |
| Deadline to Serve Written Discovery: | February 10, 2009 |
| Designation of Rebuttal Experts: | February 16, 2009 |
| Discovery Cut-off: | March 16, 2009 |
| Dispositive Motions Deadline: | April 20, 2009 |

Dated this 6 Th day of O ct ke, 2008.

_____
United States Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

2