IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREENWICH INSURANCE COMPANY, Plaintiff, )
)
vs. )
) Civil Action No.
) 07-cv-02445-LTB-MJW
THE DANIEL LAW FIRM, a Colorado Limited )
Liability Company; ROYAL DANIEL III; )
BELL REAL ESTATE, LLC, a Colorado Limited )
Liability Company; LEVEL 1, LLC, a Colorado )
Limited Liability Company; GALOYA FOUTA, INC., )
a Colorado Corporation; DJIBRILL DIALLO; MARK )
and SUSAN NEWKIRK; RICHARD and JANEEN )
YANKOWSKI, Defendants. )

## ORDER RE: JOINT MOTION TO VACATE OCTOBER 14, 2008 SETTLEMENT CONFERENCE ( Docket No 51 )

THIS MATTER is before the Court on Plaintiff Greenwich Insurance Company and Defendants Bell Real Estate, LLC, Level 1 LLC, and Mark and Susan Newkirk's Joint Motion to Vacate October 14, 2008 Settlement Conference. The Court, having reviewed the Joint Motion, the file, and being otherwise advised of the pertinent law, hereby GRANTS the Motion. The Settlement Conference scheduled for October 14, 2008 is vacated. Greenwich, Level 1 LLC, and Bell Real Estate shall file settlement documents not later than thirty 30 days from the date of this Order, and Greenwich and the Newkirks shall conduct a private mediation.

Dated this 8th day of October, 2008.

United States Magistrate Judge
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**