IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02445-LTB-MJW

GREENWICH INSURANCE COMPANY,

    Plaintiff,

v.

BELL REAL ESTATE, LLC, a Colorado Limited Liability Company;
LEVEL 1, LLC, a Colorado Limited Liability Company;
MARK and SUSAN NEWKIRK;

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Claims Between Greenwich and Bell Real Estate With Prejudice (Doc 59 - filed November 14, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE between Plaintiff Greenwich and Defendant Bell Real Estate,** each party to pay their own fees and costs.

                BY THE COURT:


                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: November 17, 2008