IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREENWICH INSURANCE COMPANY, Plaintiff,

vs.

Civil Action No.
07-cv-02445-LTB-MJW

THE DANIEL LAW FIRM, a Colorado Limited
Liability Company; ROYAL DANIEL III;
BELL REAL ESTATE, LLC, a Colorado Limited
Liability Company; LEVEL 1, LLC, a Colorado
Limited Liability Company; GALOYA FOUTA, INC.,
a Colorado Corporation; DJIBRILL DIALLO; MARK
and SUSAN NEWKIRK; RICHARD and JANEEN
YANKOWSKI, Defendants.

ORDER

The Stipulated Motion to Dismiss Claims Between Greenwich and Mark and Susan Newkirk with Prejudice is GRANTED.

IT IS ORDERED that all claims between and against Plaintiff Greenwich Insurance Company and Defendants Mark and Susan Newkirk are dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear their own attorney fees and costs.

BY THE COURT

　　s/Lewis T. Babcock　
Lewis T. Babcock, Judge

Dated: December　30　, 2008.